IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VALERO MARKETING AND SUPPLY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> M/V ALMI SUN, IMO NO. 9579535, her engines, apparel, furniture, equipment, appurtenances, tackle, etc., *in rem*, <br><br> Defendant. | Civil Action No: **14-2712** <br><br> Filed under Rule 9(h) Fed. R. Civ. P. <br><br> (ADMIRALTY) **SECT. G  MAG. 4** |

## ORDER AUTHORIZING THE ISSUANCE OF WARRANT OF ARREST

ON THIS DAY, the Court considered the Motion for Issuance of Warrant of Arrest filed by Plaintiff Valero Marketing and Supply Company. The Court, having reviewed the pleadings, is of the opinion that the circumstances for arrest appear to exist. Accordingly,

It is therefore **ORDERED, ADJUDGED** and **DECREED** that a Warrant of Arrest be issued against the M/V ALMI SUN, IMO No. 9579535, her engines, apparel, furniture, equipment, appurtenances, tackle, etc. ("Vessel"); and

**IT IS FURTHER ORDERED** that the United States Marshal Service for the Eastern District of Louisiana seize the Vessel, serve a copy of this Order, the Original Verified Complaint with the said Warrant of Arrest, and the "Summons in a Civil Action" on the person in charge of the Vessel or her agent, and return the warrant promptly; and

**IT IS FURTHER ORDERED** that the U.S. Marshal is authorized to allow, at the risk and expense of the Vessel's owners, to continue any normal operations, including the conduct of repair works, cargo or passenger operations, and shifting to another berth or anchorage area, but always within the Eastern District of Texas and subject to the Court's jurisdiction. Plaintiffs

141517.06501/607150311v.1

agree to release and hold harmless, and indemnify the United States of America, the United States Marshal Service, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest or attachment of the Vessel, and/or the cargo loading/unloading operations of the Vessel, and/or the movement of the Vessel; and

**IT IS FURTHER ORDERED** that the Vessel may be released from seizure without further order of this Court if the Marshal receives written authorization from the attorney who requested the seizure, and that such attorney advises that he has conferred with all counsel representing all of the parties to the litigation and they consent to the release, if the attorney files the consent and the Court has not entered an Order to the contrary.

NEW ORLEANS, LOUISIANA, this ___24___ day of November, 2014.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

141517:06501/60715031v.1