| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" | | |
|---|---|---|---|
| PLAINTIFF<br>Valero Marketing and Supply Company | RECEIVED<br>UNITED STATES MARSHAL | COURT CASE NUMBER<br>14-2712-G | |
| DEFENDANT<br>M/V ALMI SUN | 2014 NOV 26 PH 2: 51 | TYPE OF PROCESS<br>Writ of Arrest | |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE** { | M/V ALMI SUN |
| **AT** { | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>At anchorage in the Mississippi River near Ama, Louisiana |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Michael H. Bagot, Jr.<br>Wagner, Bagot & Rayer<br>601 Poydras Street, Suite 1660<br>New Orleans, Louisiana 70130 | Number of process to be served with this Form 285 | |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                      Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>504-525-2141 | DATE<br>11/26/14 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 34 | District to Serve<br>No. 34 | Signature of Authorized USMS Deputy or Clerk<br>*Linnie L Clay* | Date<br>11/26/14 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*<br>MIROSLAV NOVAKOVIC, MASTER | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|
| Address *(complete only different than shown above)* | Date<br>11/28/14 | Time<br>12:43 ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee<br>$130.00 | Total Mileage Charges including endeavors<br>19.24 | Forwarding Fee | Total Charges<br>149.24 | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: 2 DUSM's @ 65°°/1hr = $130.00   2 DUSM's @ .54 for 34.4 miles = 19.24

M-15-D34-000024

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

___ Fee ___
___ Process ___
☒ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13