# VALERO
## MARKETING AND SUPPLY COMPANY
P.O. Box 696000
San Antonio, TX 78269

**Bill To:**

O.W. BUNKER USA, INC.
2603 AUGUSTA DRIVE, SUITE 440
HOUSTON, TX 77057

**Marketing Invoice**

Invoice no./Date
91115556 / 11/04/2014
Reference no./Date

Delivery note no./Date
2428543983 / 10/26/2014
Sales order no./Date
906833 / 10/24/2014
Customer number
111350

Ship-to address:
CORPUS CHRISTI, TX

Valero billing contact
LISA A GONZALES

**REMIT TO: EPA # 4006**
Valero Capital Corporation
JP Morgan Chase Bank, Acct. #323326153
New York, NY / ABA#021000021
FOR BENEFIT OF VALERO MKTG. SUPPLY CO.
Reference: 91115556

> > > > > Payment Due Date < < < < <
**11/25/2014**
Contract No
40467535

Requirements:
Terms of payment: WIRE 30 CAL DAYS AFTR DELIVERY
Terms of delivery: DES CORPUS CHRISTI, TEXAS Delivered from ship

| Item | Product | Description | | Qty | | | |
|---|---|---|---|---|---|---|---|
| | Price Description | Price unit | By | UOM | | Value | |
| 000010 | FO380   FUEL OIL 380 | | | 199.980 | MT | | |
| | Contract Price | 588.000000 | US$ | 1 | MT | 117,588.24 | USD |
| | Marine Transp Bill | 6,800.00 | USD | | | 6,800.00 | USD |
| | Note: | | | | | | |
| | Origin: | Valero Marketing and Supply Company | | | | | |
| | Transport ID: | Barge | | | | | |
| | Shipping Agent: | | | | | | |
| | Shipping Order No. | 15202870010 | | | | | |
| | Vessel Name: | ALMI SUN | | | | | |

Net Amount                                                                  124,388.24  USD

page 1 / 1

**EXHIBIT "C"**